GARY S. MOBLEY, P.C. (SBN 71984)
CASE, KNOWLSON & JORDAN LLP
620 Newport Center Dr., Suite 280
Newport Beach, CA 92660
(949) 729-0700
(949) 729-0729 (fax)
Email: gmobley@ckjlaw.com

Attorneys for Plaintiffs ALLEN SACKLER, RON 415 WASHINGTON, LLC, RONALD TAMKIN, MORT 415 WASHINGTON, LLC, MORTON KIRSCHNER, JOHN 415 WASHINGTON LLC, JOHN LIEBES AL 415 WASHINGTON, LLC

FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT

### WESTERN DIVISION

| | |
|---|---|
| ALLEN SACKLER, RON 415 WASHINGTON, LLC, RONALD TAMKIN, MORT 415 WASHINGTON, LLC, MORTON KIRSCHNER, JOHN 415 WASHINGTON LLC, JOHN LIEBES AL 415 WASHINGTON, LLC, <br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOHN CRAWFORD, J BRENEK, and BRAD NEIGHBORS,<br><br>Defendants. | Case No. 07-CV-01051-SVW-FFM<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION WITHOUT PREJUDICE |

Having reviewed the papers and stipulation submitted by the parties and good cause otherwise appearing therefor,

IT IS HEREBY ORDERED that:

1. The within action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41; and

///

///

-1-

2. Each party shall bear its own costs and fees.

DATED: October __, 2010

STEPHEN V. WILSON
USDJ

_____
Frederick F. Mumm, Judge
United States District Court